Case 1:20-cr-00069-GHW Document 23 Filed 04/01/20 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/20

April 1, 2020

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Duane Daniels*, 20 CR 69 (GHW)

Dear Judge Woods,

    The Government writes to request respectfully on behalf of the parties that the Court schedule a telephonic detention hearing on Friday, April 3, 2020 at a time that is convenient to the Court from 12:00 PM onwards, for which Pre-Trial Services has confirmed its availability and in advance of which the Government will submit a response to the defendant's pending application for a temporary release order pursuant to 18 U.S.C. § 3142(i). Once the Court orders a time for the detention hearing, the parties will communicate with the Bureau of Prisons about making the defendant available to appear by telephone conference, consistent with Standing Order M10-468. Further, the parties are familiar with a protocol and in particular a specific form that was adopted earlier today in the Southern District of New York that permits certain proceedings, which the parties interpret to include the detention hearing specifically contemplated here, to proceed in the absence of the defendant with the defendant's written consent. Before the detention hearing, the parties will also communicate with the Bureau of Prisons about making that form available to the defendant for his review should he be unable to appear by telephone conference for any reason.

Application granted. The Court will hold a telephonic detention hearing on April 3, 2020 at 1:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19 for dial-in information and other instructions. Those rules are available on the Court's web site.
SO ORDERED
April 1, 2020
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

Enclosure:    Proposed Protective Order

cc: Steven Lynch (Counsel to Defendant Duane Daniels) (by ECF)