USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA

- v. -

DUANE DANIELS,

    Defendant.

------------------------------- X

ORDER

19 CR 69 (GHW)

IT IS HEREBY ORDERED,

That the Clerk of Court is directed to strike from the docket ECF #24, which was filed in the above-captioned case in error.

SO ORDERED.

April 3, 2020

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE