UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :

   UNITED STATES OF AMERICA,         :

                                  :

                    -v-                 :                    1:20-cr-069-GHW-4

                                  :

   DUANE DANIELS,                   :                     ORDER

                                  :

                          Defendant. :
------------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:  7/12/2021

GREGORY H. WOODS, United States District Judge:

     The Court has received a letter from Defendant Duane Daniels requesting to discharge his counsel of record, and to represent himself in this matter, Dkt. No. 58; and a letter from Mr. Daniels' attorney, Steven E. Lynch, requesting a conference regarding Mr. Daniels' letter, Dkt. No. 60. The Court will hold a conference to discuss Mr. Daniels' letter on July 28, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

SO ORDERED.

Dated: July 12, 2021
       New York, New York                 _____
                                          GREGORY H. WOODS
                                     United States District Judge