| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>:<br>UNITED STATES OF AMERICA     :<br>:<br>:<br>-v-                             :<br>:<br>:<br>DUANE DANIELS,                  :<br>:<br>Defendant.  :<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/5/2021<br><br><br>1:20-cr-069-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The proceeding currently scheduled in this matter for November 8, 2021 is adjourned to November 15, 2021 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  November 5, 2021
        New York, New York

_____<br>GREGORY H. WOODS<br>United States District Judge